# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20859-CR-SMITH

**UNITED STATES OF AMERICA**,

        Plaintiff,

vs.

**DENIS GRUSHKO and**
**IGOR GRUSHKO,**

        Defendants,

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 105)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Alicia M. Otazo-Reyes ("Report," ECF No. 105), issued on July 19, 2019, recommending that the Defendants' Motion to Suppress Searches and Seizures, ECF No. [71] be denied. The Defendants filed their Objection to the Report on August 16, 2019, ECF No. [114] and the Government filed a Response to Objections on August 27, 2019, ECF No. [117]. Having reviewed, *de novo*, the Report of the Magistrate Judge, the aforementioned filings by the parties, and the record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (ECF No. 105) issued on July 19, 2019 is **AFFIRMED and ADOPTED**.

2. Defendants' Motion to Suppress Searches and Seizures, ECF No. [71] is Denied.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of October, 2019.

_____
RODNEY SMITH
United States District Judge